

# Office of the Attorney General
## State of Texas

**DAN MORALES**
ATTORNEY GENERAL

Opinion O-6907 has been overruled by opinion O-6907-A and withdrawn.